# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIXAN JAVIER GONZALEZ-RIVAS, | Case No. 5:26-cv-02103-PD |
| Petitioner, | **JUDGMENT** |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to the Order Granting in Part Amended Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Amended Petition is granted as to Claim One under procedural due process.  The remaining three claims are dismissed without prejudice.

DATED: May 26, 2026



_____

Patricia Donahue
United States Magistrate Judge